**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ALPHA BIOMEDICAL AND DIAGNOSTIC CORP., CRUZ A. RUIZ,

**Plaintiffs,**

**v.**

**Civil No.** 11-1379 (FAB)

PHILIPS MEDICAL SYSTEMS NETHERLAND BV, PHILIPS MEDICAL SYSTEMS PUERTO RICO, INC. AND ISMAEL JARAS,

**Defendants.**

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 72), Judgment is entered remanding this case to the Commonwealth Court.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 21, 2011.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE