UNITED STATES DISTRICT COURT
Office of the Clerk
Federico Degetau Federal Bldg. Room 150
Carlos Chardon Ave.
San Juan, P.R. 00918-1767

November 21, 2011

Clerk of Court
Court of First Instance
San Juan Part
PO Box 190887
San Juan, PR 00919-0887

Re:Your Civil Case KAC 11-0380 (908)
Alpha Biomedical, et al. vs. Phillips Medical Systems, et al
**Our Civil Case No. 11-1379(FAB)**

Dear Sir/Madam:

In accordance with Opinion and Order and Judgment entered by U.S. District Judge Francisco A. Besosa in the above entitled case, we include the following documents:

1. Certified copy of Opinion and Order remanding this case to the Court of First Instance (docket #72).

2. Certified copy of Judgment (docket #73).

3. Certified copy of docket sheet.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

By: Lida Isis Egele
Operations Manager